IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.:

BERNARD WRIGHT, on his own behalf and on behalf
of his minor child J.L.,
        Plaintiff,

and

THE CITY OF BOYNTON BEACH,
        Defendant.
_____/

## COMPLAINT

**COMES NOW** Plaintiff BENARD WRIGHT on his own behalf and on behalf of her minor, D.J.[1], by and through his undersigned counsel, hereby files his Complaint against the Defendant, the CITY OF BOYNTON BEACH, ("hereinafter BB or Defendant").

## INTRODUCTION

This civil action arises from the repeated discrimination of Plaintiff's minor child J.L. by THE CITY OF BOYTON BEACH, while J.L. was seven (7) years old. The Plaintiff's minor child J.L. is an underaged African American child that the City of Boynton Beach discriminated against. Plaintiff BENARD WRIGHT is the natural parent of the minor child J.L. and both BENARD WRIGHT and J.L. reside within the City of Boynton Beach, Florida.

Plaintiff BENARD WRIGHT on his own behalf and on behalf of his minor child J.L. brings federal constitutional claims against the Defendant BB to redress injuries he

---

[1] Plaintiff brings this case anonymously to protect his identity, because the racial discrimination occurred while Plaintiff was a minor. Plaintiff's identity, however, is or will be made known to Defendant upon its appearance in this action.

suffered because of the Defendant's racially discriminatory denial of a place of public accommodations. The Defendant maintains the Carolyn Simms Recreational Center in Boynton Beach, Florida. On June 11, 2018, the Defendant denied J.L. the use and enjoyment of the benefits, privileges, terms, and conditions that they extend to all other similarly situated guests and invitees. The Defendant discriminated against the Plaintiff in violation of the Civil Rights Act of 1866, 42 U.S.C. §1981, and Florida Statutes 760.08.

## JURISDICTION AND VENUE

1. Plaintiff in this action seeks relief under 28 U.S.C. §1331 and 1343(a)(4). The Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367. Plaintiff sues Defendant pursuant to the Civil Rights Act of 1866, 42 U.S.C. § 1981, including compensatory damages, injunctive relief, punitive damages, costs, and attorney's fees, pursuant to 42 U.S.C. § 1988.

2. Venue is proper in the Southern District Court of Florida, pursuant to 28 U.S.C. §1391 (b), as the Defendant's principal place of business in the District, and all of the acts and omissions giving rise to the action occurred in Palm Beach County.

3. The Court has federal question jurisdiction over the Plaintiff's federal law claims, pursuant to 28 U.S.C. §§ 1331, 1343(a)(3).

4. All conditions precedent to the maintenance of the action have been performed, have occurred prior to its institution, or have been waived.

## PARTIES

5. At all times material hereto, Plaintiff BENARD WRIGHT and J.L.[2] are residents of Palm Beach County, Florida, and is otherwise sui juris. J.L. is an African American male and aged 7 years old at present time.

6. At all times material hereto, Defendant BB is a political subdivision or agency of Palm Beach County, Florida. It has received, continues to receive, federal financial assistance. Defendant, acting through its officials, administrators, employees, agents, and representatives, manages operates, controls, and supervises the Carolyn Simms Recreation Center ("Center"). Defendant's responsibilities include but are not limited to, hiring, firing, transferring, suspending, disciplining, and directing the work of the personnel, and collaborating with the City of Boynton Beach regarding same.

7. In addition, Defendant has adopted rules and regulations for the Center, such as the Center's Rules, Regulations, and Policies. The Defendant has also set policies and procedures for the Center, inclusive of the Center's Bylaws & Policies. Defendant is responsible for enforcing and ensuring compliance with Federal and Florida law and its own rules, regulations, policies, and procedures, including those related to racial discrimination against children by staff and representatives alike.

8. At all relevant times, each agent, employee, representative, official, administrator, and contractor of the Defendant, including its members and the staff, were the authorized agent of the other and of Defendant and each was

---

[2] Plaintiff brings this case anonymously to protect his identity, because the racial discrimination occurred while Plaintiff was a minor. Plaintiff's identity, however, is or will be made known to Defendant upon its appearance in this action.

acting within the course, scope, and authority of such agency. Additionally, each of the foregoing individuals and entities, authorized, ratified, or affirmed each act or omission of any other of the foregoing individuals or entities.

## FACTUAL ALLEGATIONS

*Events that Occurred on or about 2015-Present*

9. From approximately 2015-2017 the Plaintiff J.L. was a child that attended the Carolyn Simms Recreation Center during the summer months for camp while he was out of school. During the relevant time period, the Plaintiff's father BENARD WRIGHT paid one hundred and fifty ($150.00) for the camp each summer.

10. On or about April 24, 2018, Plaintiff retained counsel to address the concerns of the Center's racially discriminatory increase in fees for the summer camp. (Please see Plaintiff's Exhibit 1- Letter placing the Defendant on Notice of Public Accommodation Discrimination).

11. Plaintiff by and through his counsel noted among many things that: 1) Children will be denied total use of the Center unless they partake in a Summer Camp Program; 2) The parents of the children are required to pay for the child's said participation in the program; 3) That scholarships are available for children *but* that extensive documentation is required in order for the children to receive a scholarship; and 4) Families that cannot afford to pay for the summer camp will be denied entry during the summer months in a public recreation center. Many of the children, including the Plaintiff, can not afford the increase in fees associated with the summer camp and as a result the

children of the community do not have any access to the Center or its resources. This racially discriminatory practice in a place of public accommodation is unlawful and will in effect negatively impact minorities due to the socioeconomic background of this community.

12. In the City of Boynton Beach, Florida within zip code 33435 (the same zip code of the Center), African American's make up approximately 36% of the population. Sadly, 69% of the people within zip code 33435 (the same zip code of the Center) make less than $50,000.00.

13. The Plaintiff and many other children of color are not able to attend the summer camp this summer due to the increased costs. (Please see Exhibit 2- Carolyn Simms Program Costs and Information) The increased costs of the program have, in effect discriminated against the Plaintiff in a place of public accommodation.

14. Defendant mistreated Plaintiff and the community in a place of public accommodation based on race and socioeconomic background. Defendant denied Mr. Wright and J.L. the use of enjoyment of the benefits, privileges, terms and conditions that it extends to all other similarly situated guests and invitees. Defendant made up pretextual application processes for its treatment of the Plaintiff because of race.

15. Upon information and belief, the Center discretely published signs of the Center's increased fees for the camp and created an elaborate application process for parents to complete prior to admission of children into the camp for summer 2018.

16. As a result of the Defendant's unlawful actions described above, Plaintiff Bernard Wright and J.L. have suffered, continue to suffer, and will in the future suffer irreparable loss and injury, including but not limited to economic loss, humiliation, embarrassment, emotional distress, strain on relationships, and unlawful deprivation of their federally protected rights to exercise and enjoy treatment in the public accommodation without regard to race or color.

17. Both the Plaintiff and his father Bernard Wright made several complaints verbally in person and by protest at the Center.

18. As a result of the Plaintiff being unlawfully discriminated against, he and many other children of color do not have a safe space for summer camp at present time.

## COUNT I

### Unlawful Discrimination in Violation of 42 U.S.C. §1981

19. Plaintiff realleges the allegations contained in Paragraphs 1- 18 as fully set forth herein.

20. By discriminating against the Plaintiff on behalf of his race and the race of the children in the community, Defendant has denied the Plaintiff the same right to enjoy the benefits, privileges, terms, and conditions as is and enjoyed by white citizens, in violation of Plaintiff's rights under the Civil Rights Act of 1866, 42 U.S.C. §1981.

21. As a further result, Plaintiff has suffered, and continues to suffer, substantial injuries, harm, and damages. This includes, but is not limited to, severe and permanent emotional, psychological, and physical injuries, pain and suffering,

depression, fear, anxieties, inability to function normally in social situations, shame, humiliation, and the inability to enjoy normal life. Such harms and injuries are continuing and permanent.

**WHEREFORE,** Plaintiff demands compensatory damages, punitive damages, injunctive relief, attorneys' fees and costs under 42 U.S.C. §1988, pre- and post-judgement interest, and such other relief as this Court deems just and proper.

## COUNT II

### Unlawful Public Accommodation Discrimination in Violation of Florida Statutes 760.08

22. Plaintiff realleges the allegations contained in Paragraphs 1-18 as if fully set forth herein.

23. By denying Plaintiff the full enjoyment of the services of a place of public accommodation on the basis of his race, Defendant has violated Florida Statutes 760.08.

24. At all relevant times, Defendant had a duty to provide a safe and nondiscriminatory environment for its children, free from race discrimination and to resolve reports or complaints of discrimination.

25. Defendant also had an affirmative constitutional duty of protect Plaintiff's rights, including protecting Plaintiff from discrimination by its employees.

26. At all relevant times, Defendant was the final policymaker for the Center and had the authority to make decisions and/or adopt courses of action in response to complaints about discrimination by its children, agents, employees, including the Wrights.

27. At all relevant times, Defendant failed to conduct a prompt, impartial, reasonable, reliable, and thorough investigation of the complaints by employees trained and experienced in handling race discrimination complaints, as well as the applicable Federal and Florida laws and Defendant's rules, regulations, polices, and procedures.

28. As a further result, Plaintiff suffered, and continues to suffer, substantial injuries, harm, and damages. This includes, but is not limited to, severe and permanent emotional, psychological, and physical injuries, pain and suffering, depression, fear, anxieties, inability to function normally in social situations, shame, humiliation, and the inability to enjoy normal life. Such harms and injuries are continuing and permanent.

29. WHEREFORE, Plaintiff demands compensatory damages, punitive damages, injunctive relief, attorneys' fees and costs under 42 U.S.C. §1988, pre- and post-judgement interest, and such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial.

Date: June 29, 2018

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2018, I electronically filed the foregoing which will send a notice of electronic filing to the following: The School Board of Miami Dade County at:
**The City of Boynton Beach
100 East Boynton Beach Boulevard
Boynton Beach, Florida 33435**

Respectfully Submitted,

**THE DAVIS LEGAL CENTER**
*/s/ Dameka L. Davis, Esq.*
Dameka L. Davis, Esq.
Florida Bar No.: 0110587
2719 Hollywood Boulevard, A-1187
Hollywood, Florida 33020
Telephone: 954-256-5958
Fax No.: 954-272-7665
Email: davislegalfl@gmail.com

# EXHIBIT 1

April 24th 2018

City Attorney of Boynton Beach, Florida

Mr. James A. Cherof

3099 East Commercial Bvd., Suite 200

Fort Lauderdale, Florida 33308

Tel: 954-771-4500

### RE: Public Use of the Carolyn Sims Center in Boynton Beach, Florida

Dear Mr. Cherof:

Please be advised that my office has received multiple calls from concerned residents in Boynton Beach, Florida concerning the public use of the Carolyn Sims Center (a public, recreational center) for the approaching summer months. Currently, the Carolyn Sims Center permits children in the community to utilize the Center from 2pm-4pm during the weekdays for recreation. However, during the summer months, children will be denied total use of the Center unless they partake in a Summer Camp program, in which payment is required. The Summer Program at the Center is a paid program, whereby parents are required to pay for their child's involvement in said program. It has come to my attention that there are also scholarships available for that program; however, space is limited and families are required to provide extensive documentation to the Program in order to qualify for the scholarships. Ultimately, children who can not afford to pay for Summer Camp at the Center will be denied entry during the summer months. That is to say, that resident children in the community will be denied entry into a public, recreational center during the summer months merely because they can not afford to participate in the Summer Camp. The residents are enraged about this policy as many of their children will not have a place to go during the summer months. It appears that this Summer Program and its' closed to the public policy may be both illegal and unconstitutional. The residents would like for the City of Boynton Beach and its' attorneys to evaluate this policy and arrive at a fair compromise. Please get back to me concerning this policy, as this office is prepared to litigate said issue, should it become necessary.

# EXHIBIT 2

Details for Sports & Fitness Zon

315101-1H (Camps & Afterschool)

There are 8 sections of this class

Gender: Co-ed

Web Reg Available to:

Non-Resident: 02/13/2018 @ 10:00 AM - open end date

Resident: 02/13/2018 @ 10:00 AM - open end date

Ages: 7 years to under 15 years

Open to These Grades: N/A

Dates\Days\Times\Locations:

Date   Time   Day   Location

06/11/2018 - 08/03/2018    9:00 AM to 1:00 PM    Mon, Tue, Wed, Thu, Fri

Multi Purpose Field @ Sims Center

225 NW 12th Avenue

Boynton Beach FL, 33435

(561)742-6640

Holiday Dates: 07/04/2018

Counts:

Max Count: (20), Min Count: (20), Enrolled: (18)

Waitlisted: (2), Max Res: (20), Max Web Res: (20), Res Enrolled: (11)

Web Res Enrolled: (0), Res Waitlisted: (2), Max Non-Res: (20), Max Web Non-Res: (20)

Non-Res Enrolled: (7), Web Non-Res Enrolled: (0), Non-Res Waitlisted: (0)

Potential Fees:

Camp Res Program Fee Fees: $245.00 (Required)

Camp NR Program Fee Fees: $305.00 (Required)

Applied On or After 03/18/2018: Fees: $25.00 (Required)

Applied On or After 03/18/2018: Fees: $25.00 (Required)

Applicable discounts not applied and Taxes included in price.

Details:

A payment plan is available as follows:

*Registrations prior to February 28: 3 equal monthly payments, due by the last day of the month; must be paid in full by April 30.

*Registrations prior to March 31: 2 equal monthly payments, due by the last day of the month; must be paid in full by April 30.

*Registrations prior to April 30; 75% due upon registration, with the balance paid in full by April 30.

*Registrations after May 1: must be paid in full at the time of registration.


A full refund will be given for requests made prior to May 15. Refunds requested after May 15 are subject to a $50 fee per participant. Refunds requested after June 11 will also be pro-rated. No refunds will be issued after June 15. The $25 registration fee is non-refundable. A written request on the Refund Request Form (found http://www.boynton-beach.org/departments/recreation_and_parks/forms.php) is necessary in order for any refund to be authorized.

Details for Camp Sims 5-6

315101-1E (Camps & Afterschool)

There are 8 sections of this class

Gender: Co-ed

Web Reg Available to:

Resident: 02/13/2018 @ 10:00 AM - open end date

Non-Resident: 02/13/2018 @ 10:00 AM - open end date

Ages: 5 years to under 7 years

Open to These Grades: N/A

Dates\Days\Times\Locations:

Date    Time    Day    Location

06/11/2018 - 08/03/2018    7:30 AM to 5:30 PM    Mon, Tue, Wed, Thu, Fri

Room A (west) @ Sims Center

225 NW 12th Avenue

Boynton Beach FL, 33435

(561)742-6640

Holiday Dates: 07/04/2018

Counts:

Max Count: (20), Min Count: (15), Enrolled: (20)

Waitlisted: (0), Max Res: (20), Max Web Res: (20), Res Enrolled: (14)

Web Res Enrolled: (0), Res Waitlisted: (0), Max Non-Res: (20), Max Web Non-Res: (20)

Non-Res Enrolled: (6), Web Non-Res Enrolled: (0), Non-Res Waitlisted: (0)

Potential Fees:

Camp Res Program Fee Fees: $550.00 (Required)

Camp NR Program Fee Fees: $690.00 (Required)

Applied On or After 03/18/2018: Fees: $25.00 (Required)

Applied On or After 03/18/2018: Fees: $25.00 (Required)

Applicable discounts not applied and Taxes included in price.

Details:

A payment plan is available as follows:

*Registrations prior to February 28: 3 equal monthly payments, due by the last day of the month; must be paid in full by April 30.

*Registrations prior to March 31: 2 equal monthly payments, due by the last day of the month; must be paid in full by April 30.

*Registrations prior to April 30; 75% due upon registration, with the balance paid in full by April 30.

*Registrations after May 1: must be paid in full at the time of registration.

A full refund will be given for requests made prior to May 15. Refunds requested after May 15 are subject to a $50 fee per participant. Refunds requested after June 11 will also be pro-rated. No refunds will be issued after June 15. The $25 registration fee is non-refundable. A written request on the Refund Request Form (found http://www.boynton-beach.org/departments/recreation_and_parks/forms.php) is necessary in order for any refund to be authorized.

Details for Camp Sims 9-12

315101-1G (Camps & Afterschool)

There are 8 sections of this class

Gender:        Co-ed

Web Reg Available to:

Resident: 02/13/2018 @ 10:00 AM - open end date

Non-Resident: 02/13/2018 @ 10:00 AM - open end date

Ages:   9 years to under 13 years

Open to These Grades:  N/A

Dates\Days\Times\Locations:

Date    Time    Day    Location

06/11/2018 - 08/03/2018        7:30 AM to 5:30 PM      Mon, Tue, Wed, Thu, Fri

Room C @ Sims Center

225 NW 12th Avenue

Boynton Beach FL, 33435

(561)742-6640

Holiday Dates:  07/04/2018

Counts:

Max Count: (20), Min Count: (15), Enrolled: (20)

Waitlisted: (13), Max Res: (20), Max Web Res: (20), Res Enrolled: (13)

Web Res Enrolled: (0), Res Waitlisted: (9), Max Non-Res: (20), Max Web Non-Res: (20)

Non-Res Enrolled: (7), Web Non-Res Enrolled: (0), Non-Res Waitlisted: (4)

Potential Fees:

Camp Res Program Fee Fees: $550.00  (Required)

Camp NR Program Fee Fees: $690.00  (Required)

Applied On or After 03/18/2018: Fees: $25.00  (Required)

Applied On or After 03/18/2018: Fees: $25.00  (Required)

Applicable discounts not applied and Taxes included in price.

Details:

A payment plan is available as follows:

*Registrations prior to February 28: 3 equal monthly payments, due by the last day of the month; must be paid in full by April 30.

*Registrations prior to March 31: 2 equal monthly payments, due by the last day of the month; must be paid in full by April 30.

*Registrations prior to April 30; 75% due upon registration, with the balance paid in full by April 30.

*Registrations after May 1: must be paid in full at the time of registration.


A full refund will be given for requests made prior to May 15. Refunds requested after May 15 are subject to a $50 fee per participant. Refunds requested after June 11 will also be pro-rated. No refunds will be issued after June 15. The $25 registration fee is non-refundable. A written request on the Refund Request Form (found http://www.boynton-beach.org/departments/recreation_and_parks/forms.php) is necessary in order for any refund to be authorized.